# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART, *et al.*,<br><br>    Defendants. | Case No.: 3:13-CV-00474-RCJ-WGC<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File Objections to Report and Recommendations of U.S. Magistrate Judge (ECF #4) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his objections with the Court on or before TUESDAY, NOVEMBER 12, 2013.

IT IS FURTHER ORDERED that no further extensions shall be granted.

IT IS SO ORDERED this 1st day of November, 2013.

_____
ROBERT C. JONES
Chief Judge