UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZACHARY BARKER COUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 3:13-CV-00474-RCJ-WGC |
| v. ) | |
| ) | |
| WAL-MART, *et al.*, ) | O R D E R |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on October 16, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1), file plaintiff's Complaint (ECF #1) and dismiss the complaint with leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED. The Clerk of the Court shall file Plaintiff's Complaint (ECF #1).

///

1  IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with leave to amend. Plaintiff shall file an amended complaint on or before Friday, December 13, 2013.

IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint within the proscribed time period, the Court will dismiss this action.

IT IS SO ORDERED this 13th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE