**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>            Plaintiff,<br><br>     vs.<br><br>WAL-MART et al.,<br><br>            Defendants. | Case No.: 3:13-cv-00474-RCJ-WGC<br><br>**ORDER** |

Plaintiff filed a motion to proceed *in forma pauperis*. The magistrate judge recommended that the motion be granted and that the Complaint be dismissed because it was both incomprehensible and did not constitute a short and plain statement. The Court approved the recommendation and gave Plaintiff until December 13, 2013 to amend the Complaint. Plaintiff did not amend and has still served no party, but he filed motions to extend time for no specified period and for appointment of counsel. Most recently, however, Plaintiff has filed a motion to dismiss the case voluntarily, *see* Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, *see* Fed. R. Civ. P. 41(A)(1)(B).

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 17th day of April, 2014.

_____
ROBERT C. JONES
United States District Judge